IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLTON L. WILLIAMS, SR.,

    Petitioner,

v.                                            Case No. 1:23-cv-206-AW-MJF

RICKY DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Carlton Williams, Sr., initiated this case seeking § 2254 relief. The State moved to dismiss, contending the petition was untimely. ECF No. 14. The magistrate judge has issued a report and recommendation, concluding the court should deny the motion. ECF No. 22. There has been no objection to the report and recommendation.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The motion to dismiss (ECF No. 14) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on June 13, 2024.

                                          s/ *Allen Winsor*
                                          United States District Judge