IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CARLTON L. WILLIAMS, SR.,**

    **Petitioner,**

v.                                                  Case No. 1:23-cv-206-AW-MJF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Carlton Williams, Sr., initiated this case seeking § 2254 relief and raising two grounds. The magistrate judge issued a report and recommendation, concluding the court should deny the Petition as to both grounds. ECF No. 30. Williams has submitted objections (ECF No. 31), and I have considered de novo the issues he has raised.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is DENIED." The clerk will then close the file.

A certificate of appealability is DENIED.

SO ORDERED on September 3, 2024.

                                        _s/ Allen Winsor_
                                        United States District Judge